UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIRECTORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN GUIDE DIRECTORIES, INC., WEST COAST YELLOW PAGES, INC., KEVIN TISDALE, MIKE MASON, TROY OTUS, and DOES 1 through 20, <br><br> Defendants. | Case No. CV 09-01625 CW (EDL) <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF WESTERN DIRECTORIES, INC.'S MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY <br> AS MODIFIED |

The Motion for Leave to Conduct Expedited Discovery (the "Motion") of Plaintiff Western Directories, Inc. ("Western Directories") came on for hearing on May 5, 2009, at 9:00 a.m., the Honorable Elizabeth D. Laporte presiding.

The Court has read and considered the Motion papers filed in support of and in opposition to the Motion, the arguments of counsel at the hearing, and the case file in this action. Good cause appears for the requested relief and the Court finds that the Motion should be GRANTED.

1.    Western Directories may depose Defendant Kevin Tisdale on May 11, 2009. The deposition shall be limited to 3 hours, beginning at 1:00 p.m. at the offices of Bryan Cave, Two Embarcadero Center, Suite 1410, San Francisco, California, and shall not be in derogation of Western Directories' right to depose Kevin Tisdale in the

KC01DOCS950210.4

ordinary course of discovery in this matter.

2. Kevin Tisdale shall, by Thursday, May 7, 2009, provide the laptop and desktop computers he has from West Coast Yellow Pages' offices to counsel for Western Directories, and provide any security passwords or codes necessary to access these computers, so that the hard drives may be imaged and a forensic examination may be conducted. In addition, he shall do his best to direct his daughter to provide to counsel for Western Directories the second desktop computer he has from Western Directories. However, Plaintiff shall make arrangements with Mr. Tisdale's daughter directly. With respect to the data and documents in the hard drives, the parties have agreed that the following categories of documents are relevant and admissible in this action, and may be copied and used:

(a) all communications to or from any person or entity that was or is a customer of West Coast Yellow Pages, Inc. or Western Directories, including any information developed by Mr. Tisdale while he was an employee, executive or officer of West Coast Yellow Pages, Inc.;

(b) all communications to or from any person or entity that was or is a customer of West Coast Yellow Pages, Inc. or Western Directories; and

(c) any notes of any communications to or from any person or entity that was or is a customer of West Coast Yellow Pages, Inc. or Western Directories.

The parties have further agreed that with respect to any other information or documents found on the hard drives that Plaintiff contends are relevant: (i) Plaintiff shall provide copies of such to Defendants and request that Defendants stipulate to the relevancy and admissibility of such; (ii) in the event that Defendants believe in good faith that a privilege protects certain data or information identified by Plaintiff, Defendants shall prepare a privilege log listing those items; (iii) to the extent that Defendants believe in good faith that certain documents or data constitute trade secrets of Defendants, Defendants shall create a log of those items and those items will be presumptively reviewable only by Plaintiff's attorneys,

subject to court review under the terms of a confidentiality agreement to be negotiated between the parties; (iv) to the extent Plaintiff disagrees with designations under (ii) or (iii), it shall be Plaintiff's burden to ask the court for relief but Defendants' burden to establish their assertion; and (v) to the extent Defendants believe that any document or data is irrelevant, it will be Defendants' burden to move the court to exclude admission of such evidence if it is offered as evidence to the court. Kevin Tisdale further agrees that he consents to the release to Plaintiff by Alifano Technologies, LLC of his old computer hard drive, which will be subject to all the provisions agreed to and specified above. Any inadvertent disclosure of privileged information shall be governed by Rule 502 of the Federal Rules of Evidence and disclosure of privileged information under this paragraph will not waive the privilege.

3. Defendants shall produce those documents containing or reflecting Western Directories' business information developed by West Coast Yellow Pages, Inc., including all documents created or generated by West Coast Yellow Pages, Inc. or Western Directories, Inc., excepting only published directories, by noon on Friday, May 8, 2009 at the offices of Bryan Cave, Two Embarcadero Center, Suite 1410, San Francisco, California.

4. Western Directories may serve an interrogatory on Defendants Kevin Tisdale and Troy Otus on or before May 7, requesting the work and home addresses and telephone numbers of Defendant Mike Mason. Defendants Kevin Tisdale and Troy Otus shall provide the responsive information no later than noon on Friday, May 8, 2009.

IT IS SO ORDERED

Dated: May 7, 2009

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

```
 1  APPROVED AS TO FORM:
 2  Dated: May 7, 2009                    BRYAN CAVE LLP
 3
 4                                        By: /s/ James Goldberg
                                              James Goldberg
 5                                        Attorneys for Plaintiff
                                          WESTERN DIRECTORIES, INC.
 6
 7  Dated: May 7, 2009
 8
 9
10                                        By: /s/ Kevin Tisdale
                                              Kevin Tisdale
11                                        Defendant in pro per
12  Dated: May 7, 2009
13
14
15                                        By: /s/ Troy Otus
                                              Troy Otus
16                                        Defendant in pro per
17  Dated: May 7, 2009
18
19
20                                        By: /s/ Kevin Tisdale
                                              Kevin Tisdale
21                                        For Defendant
                                          GOLDEN GUIDE DIRECTORIES, INC.
22
23
24
25
26
27
28
```

KC01DOCS950210.4

4

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR EXPEDITED DISCOVERY