**BRYAN CAVE LLP**
Stuart W. Price, California Bar No. 125918
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
Email:        swprice@bryancave.com

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        james.goldberg@bryancave.com
Email:        david.deruig@bryancave.com

Attorneys for Plaintiff
WESTERN DIRECTORIES, INC.

T. Troy Otus, California Bar No. 148411
ATTORNEY AND COUNSELOR AT LAW
533 Airport Blvd., Suite 505
Burlingame, California 94010

Defendant in Pro Per

Kevin Tisdale
c/o Otus & Associates
533 Airport Blvd., Suite 505
Burlingame, California 94010

Defendant in Pro Per &
On behalf of Golden Guide Directories, Inc.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIRECTORIES, INC.<br><br>           Plaintiff,<br><br>           vs.<br><br>GOLDEN GUIDE DIRECTORIES, INC.,<br>WEST COAST YELLOW PAGES, INC.,<br>KEVIN TISDALE, MIKE MASON, and TROY<br>OTUS,<br><br>           Defendants. | Case No. CV 09-01625 CW (EDL)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE AND TEMPORARY RESTRAINING ORDER PENDING PRELIMINARY INJUNCTION HEARING** |

## STIPULATION

This Stipulation is entered into by Plaintiff WESTERN DIRECTORIES, INC. ("Plaintiff") and Defendants GOLDEN GUIDE DIRECTORIES, INC. ("Golden Guides"), KEVIN TISDALE ("Tisdale"), and TROY OTUS ("Otus") (collectively, "Defendants").

WHEREAS, on April 14, 2009, Plaintiff filed a Complaint in the United States District Court for the Northern District of California, Case No. 4:09-CV-01625-CW;

WHEREAS, on April 15, 2009, Plaintiff filed a Notice of Application and Application for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, including supporting declarations and request for expedited discovery;

WHEREAS, this Court issued a Temporary Restraining Order and Order to Show Cause on April 29, 2009 and set a briefing schedule as follows:

1.     Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction must be filed by May 7, 2009.

2.     Plaintiff's Reply to Defendants' Opposition must be filed by May 14, 2009.

3.     Plaintiff's Motion for a Preliminary Injunction will be heard on May 21, 2009 at 2:00 p.m.;

WHEREAS, a hearing on Plaintiff's Motion for Leave to Conduct Expedited Discovery was held on May 5, 2009, at 9:00 a.m., the Honorable Magistrate Judge Elizabeth D. Laporte presiding. Judge Laporte issue an Order granting Plaintiff's Motion for Leave to Conduct Expedited Discovery;

WHEREAS, Defendants filed their Opposition to Plaintiff's Motion for a Preliminary Injunction on May 11, 2009, four days after the date required by this Court's Order;

WHEREAS, Plaintiff's were unable to examine Defendant Kevin Tisdale regarding Defendants' Opposition at the deposition of Kevin Tisdale held on Monday, May 11, 2009;

NOW, THEREFORE, Plaintiff and Defendants desire and hereby **STIPULATE** as follows:

1.     Plaintiff shall have until, and including, Monday, May 18, 2009 to file a Reply to Defendants' Opposition.

2.     If this Court determines that it is necessary to continue the hearing on Plaintiff's

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

1   Motion for Preliminary Injunction, Plaintiff and Defendants agree that the Temporary Restraining

2   Order issued by the Court shall remain in effect until a hearing on Plaintiff's Motion for Preliminary

3   Injunction.

4   **IT IS SO STIPULATED.**

5

6   Dated: May 19, 2009                    By: _____

7                                               Troy Otus
                                              Defendant in Pro Per

8

9   Dated: May 19, 2009                    By: _____

10                                               Kevin Tisdale
                                              Defendant in Pro Per, and on behalf of Golden

11                                              Guide Directories, Inc.

12

13  Dated:  May 19, 2009                   **BRYAN CAVE LLP**

14

15                                          By: _____

16                                               James Goldberg
                                              Attorneys for Plaintiff

17                                              WESTERN DIRECTORIES, INC.

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

STIPULATION AND [PROPOSED] ORDER

1

## ORDER

Having reviewed the Stipulation of Plaintiff WESTERN DIRECTORIES, INC. and
Defendants GOLDEN GUIDE DIRECTORIES, INC., KEVIN TISDALE, and TROY OTUS
(collectively, "Defendants"), and good cause appearing, IT IS ORDERED THAT:

1.   Plaintiff Western Directories, Inc. shall have until, and including, Monday, May 18,
2009 to file a Reply to Defendants' Opposition.

2.   This Court's Order, dated April 29, 2009, granting a Temporary Restraining Order
and Order to Show Cause shall remain in effect until a hearing on Plaintiff's Motion for Preliminary
Injunction.

5/19/09

Dated: _____          _____
                                  United States District Judge Claudia Wilken

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907