# EXHIBIT 1























