IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIRECTORIES, INC., | No. C 09-1625 CW |
| Plaintiff, | ORDER CONCERNING APPEARANCE OF GOLDEN GUIDES DIRECTORIES, INC. AND WEST COAST YELLOW PAGES, INC. |
| v. | |
| GOLDEN GUIDE DIRECTORIES, INC.; WEST COAST YELLOW PAGES, INC.; KEVIN TISDALE; MIKE MASON; and TROY OTUS, | |
| Defendants. / | |

The motion of Defendants Golden Guides Directories, Inc. and West Coast Yellow Pages, Inc. to substitute counsel (Docket No. 55) is GRANTED. Plaintiff's motion to strike the answer of Golden Guides and West Coast (Docket No. 51) is GRANTED. As explained in the Court's order granting Plaintiff's motion for a preliminary injunction, these corporations must appear through counsel. Plaintiff's motion for entry of default against Golden Guides and West Coast (Docket No. 52) is DENIED without prejudice. Golden Guides and West Coast must file an answer through counsel within five days of the date of this order or default will be entered against them.

The declaration of Jamie Harris supporting the motion of Golden Guides to set aside default and default judgment is

STRICKEN.  These Defendants have filed no such motion and, in any event, default has not been entered.

All parties are reminded that they must deliver a courtesy copy of any paper that is filed with the Court via ECF.  Counsel for Defendants shall review the Civil Local Rules and ECF procedures before filing any further documents with the Court.

IT IS SO ORDERED.

Dated: 6/8/09

CLAUDIA WILKEN
United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WESTERN DIRECTORIES, INC. et al,

        Plaintiff,

v.

GOLDEN GUIDE DIRECTORIES, INC. ET AL
et al,

        Defendant.

Case Number: CV09-01625 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Arnold Roberts
The Law Offices of Otus & Assoc
533 Airport Blvd Ste 505
Burlingame, CA 94010

Turan Troy Otus
Law Firm of Otus and Associates
533 Airport Boulevard
Suite 505
Burlingame, CA 94010

Jamie N. Harris, Esq.
Law Office of Jamie N. Harris
55 East Empire St.
San Jose, CA 95112

Kevin Tisdale
204 East 2nd Avenue, Suite 204
San Mateo, CA 94401

Dated: June 8, 2009

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk