**BRYAN CAVE LLP**
Stuart W. Price, California Bar No. 125918
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:     (949) 223-7000
Facsimile:      (949) 223-7100
Email:            swprice@bryancave.com

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            james.goldberg@bryancave.com
Email:            david.deruig@bryancave.com

Attorneys for Plaintiff
WESTERN DIRECTORIES, INC.

T. Troy Otus, California Bar No. 148411
ATTORNEY AND COUNSELOR AT LAW
533 Airport Blvd., Suite 505
Burlingame, California 94010

Defendant in Pro Per

Michael Mason
322 Poverty Lane
Lebanon, NH  03756

Defendant in Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIRECTORIES, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>GOLDEN GUIDE DIRECTORIES, INC., WEST COAST YELLOW PAGES, INC., KEVIN TISDALE, MIKE MASON, and TROY OTUS,<br><br>             Defendants. | Case No. CV 09-01625 CW (EDL)<br><br>**JOINT STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION WITHOUT PREJUDICE** |

1  **STIPULATION**

2  This Stipulation is entered into by Plaintiff WESTERN DIRECTORIES, INC. ("Plaintiff")
3  and Defendants MICHAEL MASON ("Mason"), and T. TROY OTUS ("Otus") (collectively,
4  "Defendants").
5  WHEREAS, on April 14, 2009, Plaintiff filed a Complaint in the United States District Court
6  for the Northern District of California, Case No. 4:09-CV-01625-CW;
7  WHEREAS, Defendants filed their individual Notices of Motion and Motions for Summary
8  Judgment or Summary Adjudication regarding Plaintiff's claims on June 5, 2009, supported by
9  declarations from Defendant Kevin Tisdale;
10 WHEREAS, a hearing on Defendants' Motions for Summary Judgment or Summary
11 Adjudication has been scheduled for July 16, 2009, at 2:00 p.m.;
12 WHEREAS, Plaintiff has served deposition notices with attached requests for production of
13 documents on Defendants and on Defendant Kevin Tisdale, requesting that Defendants and Mr.
14 Tisdale appear for depositions on June 16 (Mr. Tisdale), 17 (Mr. Mason), and 18 (Mr. Otus), and
15 produce requested documents;
16 WHEREAS, Mr. Tisdale has refused to appear for his deposition;
17 WHEREAS, Plaintiff will be unable to obtain and review relevant documents from the
18 corporate defendants and Kevin Tisdale and examine Defendants and Mr. Tisdale with those
19 documents before Plaintiff's Opposition to Defendants' Motions for Summary Judgment or
20 Summary Adjudication must be filed, in part because Mr. Tisdale has refused to appear for his
21 deposition and produce documents; and in part because Plaintiff has yet to serve document requests
22 on the corporate defendants, as the parties have yet to make initial disclosures, prepare a discovery
23 plan, and comply with FRCP Rule 26(f);
24 WHEREAS, Plaintiff and Defendants wish to postpone consideration of Defendants'
25 Motions for Summary Judgment or Summary Adjudication until after the parties have completed
26 Rule 26 disclosures and complied with Rule 26(f); after Plaintiff has had the opportunity to obtain
27 requested documents from the corporate defendants, Defendants, and Mr. Tisdale; and after Plaintiff
28 has had the opportunity to depose Defendants and Mr. Tisdale;

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

1  NOW, THEREFORE, Plaintiff and Defendants desire and hereby **STIPULATE** as follows:

2  1. Defendants withdraw their individual Motions for Summary Judgment or Summary
3  Adjudication, as well as their Supporting Memoranda, Declarations, and Proposed Orders, filed June
4  5, 2009, without prejudice; and

5  2. Plaintiff withdraws its notices for the depositions of Mr. Mason and Mr. Otus,
6  without prejudice.

**IT IS SO STIPULATED.**

Dated:  June 25, 2009

By: _____
Troy Otus
Defendant in Pro Per

Dated:  June 25, 2009

By: _____
Michael Mason
Defendant in Pro Per

Dated:  June 25, 2009

**BRYAN CAVE LLP**

By: /s/ James Goldberg
James Goldberg
Attorneys for Plaintiff
WESTERN DIRECTORIES, INC.

## **ORDER**

Having reviewed the Stipulation of Plaintiff WESTERN DIRECTORIES, INC. and Defendants MICHAEL MASON and TROY OTUS (collectively, "Defendants"), and good cause appearing, IT IS ORDERED THAT:

Defendants Troy Otus and Mike Mason's Motions for Summary Judgment or Summary Adjudication, scheduled for July 16, 2009, are both withdrawn and hereby removed from the Court's calendar.

Dated: 6/30/09

_____
United States District Judge Claudia Wilken