IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTERN DIRECTORIES, INC.,

    Plaintiff,

  v.

GOLDEN GUIDE DIRECTORIES, INC.; WEST COAST YELLOW PAGES, INC.; KEVIN TISDALE; MIKE MASON; and TROY OTUS,

    Defendants.

No. C 09-1625 CW

ORDER GRANTING MOTION FOR ATTORNEYS' FEES

    Pursuant to Local Rule 54-6, Plaintiff Western Directories, Inc. moves for attorneys' fees incurred in connection with its motion to seal certain documents submitted as exhibits to Kevin Tisdale's declaration in opposition to entry of a preliminary injunction.  Plaintiff maintains that the documents contain trade secrets and were accessed in violation of the Court's prior orders in this case.  The matter was heard on August 6, 2009.  Having considered oral argument and all of the materials submitted by the parties, the Court GRANTS Plaintiff's motion and directs Defendant Tisdale to pay Plaintiff attorneys' fees in the amount of $3,013.50.

    IT IS SO ORDERED.

Dated: 8/10/09

                              CLAUDIA WILKEN
                              United States District Judge