UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN DIRECTORIES, INC. | Case No. C 09-01625-CW (EDL) |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| GOLDEN GUIDE DIRECTORIES, INC., WEST COAST YELLOW PAGES, INC., KEVIN TISDALE, MIKE MASON, and TROY OTUS, | |
| Defendants. | |

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      Defendants Golden Guides and Mr. Tisdale (collectively "Tisdale Defendants") acknowledge that on or about August 27, 2008, Directories Holdings, Inc. ("Directories Holdings") purchased the assets of West Coast Yellow Pages, Inc. ("West Coast"), including West Coast's confidential customer information and publication data, at a foreclosure sale.

2.      The Tisdale Defendants acknowledge that on or about August 27, 2008, Directories Holdings transferred all rights in the assets it had acquired to Western Directories, including West Coast's confidential customer information and publication

1

1   data.

2        3.     The Tisdale Defendants acknowledge that Directories Holdings, Western

3   Directories, and Gladstone Capital Corporation did not acquire any liabilities of West

4   Coast as a result of the foreclosure sale, events leading up to the foreclosure sale, or

5   otherwise.

6        4.     The Tisdale Defendants acknowledge that as a result of the foreclosure sale,

7   Mr. Tisdale was required to turn over all of West Coast's confidential customer

8   information and publication data to Directories Holdings and Western Directories.

9        5.     The Tisdale Defendants acknowledge that Mr. Tisdale did not turn over all

10   of West Coast's confidential customer information and publication data, but instead

11   retained much of that information and data in electronic form.

12        6.     The Tisdale Defendants acknowledge that West Coast's confidential

13   customer information and publication data, together with the customer information and

14   publication data developed by Western Directories, constitute trade secrets owned by

15   Western Directories.

16        7.     The Tisdale Defendants acknowledge that one or both of the Tisdale

17   Defendants have misappropriated Western Directories' trade secrets by using them to

18   operate Golden Guides as a competing telephone directory business and to solicit and

19   influence Western Directories' customers.

20        8.     To remedy past misappropriation and prevent future misappropriation, the

21   Tisdale Defendants shall cease accessing any database or other electronic file originating

22   from a computer or server owned by Western Directories by virtue of its purchase of West

23   Coast Yellow Pages, Inc.'s assets, or accessing any physical records derived from such

24   databases or electronic files, or accessing any physical records originating from files

25   owned by Western Directories by virtue of such purchase.

26        9.     To remedy past misappropriation and prevent future misappropriation, the

27   Tisdale Defendants shall immediately return to Western Directories all customer

28   information and publication data belonging to Western Directories.

10.     Because of the difficulties of determining the identity of those in possession of Western Directories' trade secrets, of securing the return of all of Western Directories' trade secrets, and of protecting Western Directories' trade secrets from misuse, and in order to remedy past misappropriation and prevent future misappropriation, the Tisdale Defendants shall not operate a competing telephone directory businesses in the counties of San Francisco, San Mateo and Santa Clara, California, for a period of five (5) years from the entry of this Consent Judgment.

11.     The Tisdale Defendants shall not make any representations concerning Western Directories' financial condition or Western Directories' plans or business practices, including but not limited to statements that Western Directories is going out of business or is no longer in business, that Western Directories is operating a "fraud" or a "scam," that Western Directories is taking advertisers' money and will not publish the promised directories or that Western Directories has failed to publish promised directories.

12.     The Tisdale Defendants shall not represent to customers that they are the successors of West Coast Yellow Pages.

13.     The Tisdale Defendants shall not attempt to persuade Western Directories' advertisers to cancel contracts with Western Directories, to pull advertising from future Western Directories publications, to "renew" their West Coast Yellow Pages, Inc. contracts by advertising with the Tisdale Defendants, or not to pay Western Directories amounts due.

14.     The Tisdale Defendants shall not publish any directory using any font or formatting for its title that is similar to the fonts and formatting that West Coast Yellow Pages, Inc. or Western Directories have used on their publications' front covers, attached as Exhibit 1.

15.     No monetary relief or costs, beyond that already ordered by the Court, shall be awarded by any party.

16.     Mr. Tisdale shall be relieved of the obligation to pay the attorneys' fees ordered by the Court on August 10, 2009, in the amount of $3,013.50.

1       17.    The bond in the amount of $5,000 previously posted by Western Directories

2  shall be exonerated.

3       The Court retains jurisdiction to enforce this judgment.

4

5  Dated:  December 10, 2009

6

7                          _____

8                          CLAUDIA WILKEN
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] CONSENT JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1